THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00021-MR
CRIMINAL CASE NO. 1:09-cr-00099-MR-1

| | |
|---|---|
| RAYMOND YEAGER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's "Motion Requesting Copy of Attorney's Declaration" [Doc. 37].

The Petitioner requests a copy of any declarations made, briefs submitted or any other communications made by his trial counsel pertaining to his motion to vacate pursuant to 28 U.S.C. §2255. [Doc. 37]. The record contains no such declarations, briefs or other communications from Petitioner's former counsel. Accordingly, Petitioner's motion must be denied.

**IT IS, THEREFORE, ORDERED** that the Petitioner's "Motion Requesting Copy of Attorney's Declaration" [Doc. 37] is **DENIED**.

**IT IS SO ORDERED.**

Signed: February 16, 2015

Martin Reidinger
United States District Judge